p82bank 2/6/14
159644 KEP/kk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | |
|---|---|
| Western States Envelope Company, ) <br> ) <br> Plaintiff/Judgment Creditor, ) <br> -vs- ) <br> Midwest Envelopes I, Inc., d/b/a Midwest Envelopes, Inc., ) <br> Marvin Holding Company d/b/a Marvin Envelopes d/b/a ) <br> Marvin Envelopes & Paper, and Lists & Letters, Inc., ) <br> Defendants/Judgment Debtors, ) <br> and ) <br> First American Bank, ) <br> Third Party Citation Respondent. ) | 13CV-08777 |

## **MOTION FOR JUDGMENT**

NOW COMES the Plaintiff/Judgment Creditor, by and through its attorneys, TELLER, LEVIT & SILVERTRUST, P.C., and moves this Honorable Court to enter a Judgment on the Answer of the Third Party Citation Respondent. In support of its Motion, Plaintiff states as follows:

1. A Third Party Citation to Discover Assets was issued in this cause by the Clerk of the Court on December 26, 2013, returnable January 24, 2014.

2. The Third Party Citation Respondent, First American Bank, was served on December 30, 2014. Copies of the Citation and Return of Service are attached hereto as Plaintiff's Group Exhibit "1".

3. The Third Party Citation Respondent subsequently sent to Plaintiff's attorneys a copy of its Amended Answer to the Citation to Discover Assets. A copy of said Amended Answer is attached hereto and made a part hereof as Plaintiff's Group Exhibit "1".

4. The Third Party Citation Respondent has answered the Citation to Discover Assets by stating that it is holding the sum of $1,436.42 in the account of the Judgment Debtor, Midwest Envelopes I, Inc., plus an additional $17,541.01 of ACH Merchant Service Credits and checks payable to the judgment debtors, all totaling $18,977.43, subject to the lien of the Citation.

5. The Plaintiff/Judgment Credit accepts the Respondent's Amended Answer in lieu of the personal appearance of the Respondent in court on the hearing date of this Motion.

WHEREFORE, Plaintiff/Judgment Creditor prays that this Court:

A. Enter a Judgment against the Third Party Citation Respondent in the sum of $18,977.43, in favor of the Defendants/Judgment Debtors, Midwest Envelopes I, Inc., d/b/a Midwest Envelopes, Inc., Marvin Holding Company d/b/a Marvin Envelopes d/b/a Marvin Envelopes & Paper, and Lists & Letters, Inc., for the Use and Benefit of the Plaintiff/Judgment Creditor, Western States Envelope Company, and that the Third Party Citation Respondent be ordered to turn over to Plaintiff/Judgment Creditor's attorneys the funds it is currently holding subject to the lien of the Citation;

B. That pursuant to the provisions of 735 ILCS 5/2-1402, a continuing lien be imposed upon any ACH Merchant Service Credits and checks received by Respondent payable to the Judgment Debtors, and upon any other monies which may become due the Judgment Debtors, Midwest Envelopes I, Inc., d/b/a Midwest Envelopes, Inc., Marvin Holding Company d/b/a Marvin Envelopes d/b/a Marvin Envelopes & Paper, and Lists & Letters, Inc., effective December 30, 2014, the date of service of the Third Party Citation upon the Respondent.

C. That the Respondent, First American Bank, be ordered to remit to Plaintiff's attorneys, once a month, any monies which become due to the Judgment Debtors until further order of court, which monies shall be applied by Plaintiff's counsel to reduce the remaining judgment indebtedness.

WESTERN STATES ENVELOPE COMPANY
Plaintiff/Judgment Creditor herein,

By: _____
Kevin E. Posen
One of its attorneys

TELLER, LEVIT & SILVERTRUST, P.C.
Attorneys for Plaintiff/Judgment Creditor
19 South LaSalle Street, Suite 701
Chicago, Illinois 60603
(312) 922-3030
Attorney ID# 6203687